IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Irving, Yvette A | Case Number: 07 B 07481 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/13/07 | Filed: 4/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,500.00 | |
| Secured: | | 4,012.60 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,190.40 |
| Trustee Fee: | | 297.00 |
| Other Funds: | | 0.00 |
| Totals: | 5,500.00 | 5,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,224.00 | 1,190.40 |
| 2. | M&T Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 18,618.01 | 4,012.60 |
| 4. | M&T Mortgage Corp | Secured | 19,774.69 | 0.00 |
| 5. | FCNB Master Trust | Unsecured | 863.48 | 0.00 |
| 6. | Drive Financial Services | Unsecured | 631.24 | 0.00 |
| 7. | Zalutsky & Pinski Ltd | Unsecured | 2,947.88 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 1,179.93 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 2,017.21 | 0.00 |
| 10. | Northwest Capital | Unsecured | 1,570.44 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 16. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 49,826.88 | $ 5,203.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 297.00 |
| | _____ |
| | $ 297.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Irving, Yvette A

Printed:  12/13/07

Case Number:  07 B 07481
Judge:  Wedoff, Eugene R
Filed:  4/25/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

